UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 08-40192 |
| | ) | Chapter 7 |
| JOHN LANDON KENNEDY | ) | |
| a/k/a John L. Kennedy | ) | ORDER CHANGING VENUE |
| | ) | |
| Debtor. | ) | |

Upon consideration of Court's April 8, 2008 Order to Show Cause Why Venue Should Not be Transferred to District of Nebraska (doc. 6), and it appearing no response to the Order was timely filed; and for cause shown; now, therefore,

IT IS HEREBY ORDERED this case is transferred to the District of Nebraska.

So ordered: April 10, 2008.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered
on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota